UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WARREN ENVIRONMENTAL, INC. ET AL
    Plaintiff

                                                         CIVIL ACTION NO. 05-11642-DPW
v.

PROFESSIONAL SERVICES INDUSTRIES, INC.
    Defendant

### CONDITIONAL ORDER OF DISMISSAL

WOODLOCK, District Judge

    The complaint in the above-entitled action was filed on AUGUST 8, 2005.   As of this date there has been no return to the Court of proof of service of the summons and complaint on the defendants.

    Therefore, it is hereby ORDERED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the above-entitled action be dismissed without prejudice in twenty (20) days from the date of this Order unless proof of service is filed or good cause shown why service has not been made.

                                                        BY THE COURT,

                                                        _/s/ Michelle Rynne
DATED: December 8, 2005                       Deputy Clerk