AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Warren Environmental, Inc.
and A & W Maintenance, Inc.

V.

Professional Service Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11642 DPW

TO: (Name and address of Defendant)

registered agent for Professional Service Industries Inc
CT Corporation System
208 So. LaSalle Street, Suite 814
Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carlin J. Phillips, Esquire
PHILLIPS & GARCIA, LLP
13 Ventura Drive
N. Dartmouth, MA   02747

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



CLERK

(By) DEPUTY CLERK

DATE

AUG - 9 2005

◆AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>Nov 28, 2005  9:35a.m. |
| NAME OF SERVER *(PRINT)*<br>Jerry Brown | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 208 S LaSalle, Chicago, Il.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Professional Service Industries c/o CT Corporation System. Service was accepted by Khalilah Starks, Process Server ~~Specialist~~

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 28, 2005
            Date

Signature of Server  *Jerry Brown*

9030 Lamon    Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.