## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Warren Environmental Inc.; and<br>A&W Maintenance, Inc<br>     Plaintiffs<br><br>V<br><br>Professional Service Industries, Inc.<br>     Defendants | }<br>}<br>}<br>}  C.A. #05-11642-DPW<br>}<br>}<br>}<br>}<br>}<br>} |

## NOTICE OF APPEARANCE OF COUNSEL

I Brian P. Voke, herby enter my appearance as counsel for the Defendant, Professional Service Industries, Inc.

I, Brian P. Voke, attorney for the defendant, Professional Services, Inc. hereby certify that I have served a copy on this 19th day of December 2005 of the above document upon the following party by first class mail and facsimile transmission.

Carlton J. Phillips, Esquire
Andrew J. Garcia, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
N. Dartmouth, MA 02747

PROFESSIONAL SERVICES INC.
By its attorneys

Brian P. Voke, BB)#544327
CAMPBELL CAMPBELL EDWARDS
& CONROY
One Constitution Plaza
Boston, Massachusetts 02129