UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Warren Environmental Inc.; and<br>A&W Maintenance, Inc<br>　　　　　　　　Plaintiffs<br><br>V<br><br>Professional Service Industries, Inc.<br>　　　　　　　　Defendants | C.A. #05-11642-DPW |

## PROFESSIONAL SERVICE INDUSTRIES, INC., MOTION TO EXTEND TIME TO FILE AN ANSWER TO THE PLAINTIFF'S COMPLAINT

Professional Service Industries, Inc., (PSI) moves to extend the time by which it must file an answer to the plaintiffs' complaint from December 19, 2005 to January 5, 2006. In support of its motion PSI states that it needs the additional time as it is still gathering information to respond to the complaint.

Counsel for the defendant has repeatedly attempted to contact counsel for the plaintiff to request an extension of time but has been unable to reach him because he is on vacation.

WHEREFORE, PSI requests that this Honorable Court to issue an extension of time to answer the plaintiffs' complaint.

I, Brian P. Voke, attorney for the defendant, Professional Services, Inc. hereby certify that I have served a copy on this 19th day of December 2005 of the above document upon the following party by first class mail and facsimile transmission.

Carlton J. Phillips, Esquire
Andrew J. Garcia, Esquire
PHILLIPS & GARCIA
13 Ventura Drive
N. Dartmouth, MA 02747

        **PROFESSIONAL SERVICES INC.**
        By its attorneys

        _____
        Brian P. Voke, BBO#544327
        CAMPBELL CAMPBELL EDWARDS
        & CONROY
        One Constitution Plaza
        Boston, Massachusetts 02129