UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN ENVIRONMENTAL INC., A&W MAINTENANCE, INC.<br>Plaintiffs,<br><br>vs.<br><br>PROFESSIONAL SERVICE INDUSTRIES, INC.<br>Defendant | C.A. #05-11642-DPW |

PROFESSIONAL SERVICE INDUSTRIES, INC'S
MOTION FOR CHANGE OF VENUE

Professional Service Industries, Inc. ("PSI") hereby moves to transfer this case to Alabama. In support of its motion PSI states as follows:

For the convenience of the witnesses and the parties and in the interests of justice, this case should be transferred to the United States District Court for the Northern District of Alabama, Southern Division, Birmingham.

In further support of this motion, PSI refers the Court to its memorandum filed in support of this motion and the Affidavit of Brian P. Voke.

## CERTIFICATE OF SERVICE

I, Brian P. Voke, attorney for the defendant, Professional Services, Inc. hereby certify that I have served a copy on this 5th day of January 2006 of the above document upon the following party by first class mail and facsimile transmission.

    Carlin J. Phillips, Esquire
    Andrew J. Garcia, Esquire
    PHILLIPS & GARCIA
    13 Ventura Drive
    N. Dartmouth, MA 02747

    PROFESSIONAL SERVICES INC.
    By its attorneys

    /s/ Brian P. Voke
    Brian P. Voke, BBO#544327
    CAMPBELL CAMPBELL EDWARDS
    & CONROY
    One Constitution Plaza
    Boston, Massachusetts 02129