UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WARREN ENVIRONMENTAL
INC., A&W MAINTENANCE, INC
    Plaintiff,

   v.                                                                  CIVIL ACTION
                                                              NO.  05-11642-DPW

PROFESSIONAL SERVICE
INDUSTRIES, INC,
    Defendant.

## ORDER FOR TRANSFER TO NORTHERN DISTRICT OF ALABAMA

WOODLOCK, District Judge

    In accordance with the Court's allowance of defendant's motion for change of venue on January 31, 2006,  directing the transfer of  the above captioned matter to the United States District Court for the Northern District of Alabama,  it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States District Court for the Northern District of Alabama, Southern Division, Birmingham.  The case shall be closed in this District.

                                                         BY THE COURT,

                                                         /s Michelle Rynne
                                                         Deputy Clerk

DATED: January 31, 2006